UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*[signature: Ricardo M. Urbina]*

TARIQ MAHMOUD ALSAWAM
Camp Delta
Washington, D.C. 20355

       Petitioner

       v.

Civil Action No.

GEORGE W. BUSH, President of
the United States

CASE NUMBER  1:05CV01244

DONALD RUMSFELD, Secretary,
United States Department of Defense

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Habeas Corpus/2255

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

DATE STAMP: 06/22/2005

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

       Respondents

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T01336

Petition

14 march 2005

Since it has been determined by the Tribunal court (TC) time ago the allege decision of being labeled enemy combatant. Under which I have been confined to concentration camp in Cuba. That resulted in three and half years of imprisonment for a long time. For no reasonable reason. That has only been based on alleged statements that have been confuted during the meeting with military representative before the tribunal court.

It is alleged that there was admitted of involving case with UBL or Alquada. The reading was there no confession or admission to that alleged belongation at all. Since I have never admitted to that.

Training from Bosnia" my country" to Afghanistan to fight the US. The answer is that US forces have already existed in Bosnia and by any mean if there was any intention to do fighting it is easily to be done there in Bosnia.

The true reason I left Bosnia having Bosnian citizenship has wife and child was due to argument of Dayton accord, which we were considered foreigners and should leave the country. Instead of staying with our Bosnian wives and kids. Notice that our citizenship were give by Elia IZETBEGEVIC the president of Bosnia Herzegovina so, I have left the country (Bosnia) Agreeing due to the Dayton Accord. There was no other Place (country) to go. Only Afghanistan.

The consequences of seeing anybody is to consider him an enemy combatant if anybody has seen UBL what does it mean? Through rules of any country so that statement is confuted. Involving any person in fighting in army of any country. Reopens to his country's laws not through US rules or laws. Since I had Bosnian Nationality and Bosnian citizenship. So being in Afghan army is the same as being with the Bosnian army to defend their countries against any enemies. So everyone submitted agrees to his or her countries rules. The Bosnian federation Government has never forbidden that. There was no rule preventing migrating to any country. According to the wills of man and freedom that the responds to their country's rules. Army training is differently. And soldiers train according to the needs of their fronts. There was no answer of horrific bombing by us squadrons 24 hours a day and night. That resulted in death killing of refugees, children and families that were in mountains of Tora Bora. Now I have never been existed or travel to the US and there is no evidence that I have existed of been seen in any position or being involved in any attacks against US. The document that have found indicated my existence was negative in any place the US has been attacked

I have my fellow countryman (Bosnia) that can prove my life story. So unclear that explanation the truth are being confuted with the military representative. Since there is no positive evidence or direct charging against the person, TARIQ EL SAWAM at all. By the US enemy combatant tribunal. So I TARIQ MAHMOUD ALSAWAM object and complain of this illegal concentration camp incarceration in Cuba. Greatly Thanks. 14 march 05

PETITION
14. MAR 2005

1) SINCE IT HAS BEEN DETERMINED BY THE TRIBUNAL COURT (TC) TIME AGO. THE ALLEGED DECISION OF BEING LABELED AN ENEMY COMBATANT, Under, WHICH I HAVE BEEN CONFINED TO THE CONCENTRATION CAMP IN CUBA. THAT RESULTED IN THREE AND A HALF YEARS OF IMPRISONMENT FOR A LONG TIME. FOR NO REASONABLE REASON. THAT HAVE ONLY BEEN BASED ON ALLEGED STATEMENTS, WHICH I HAVE BEEN CONFUTED DURING THE MEETING WITH MILITARY REPRESENTATIVE BEFORE THE TRIBUNAL COURT.

1) IT IS ALLEGED THAT THERE was ADMITTED OF INVOLVING CASE WITH UBL. OR AL QAIDA. THE REPLY WAS THERE NO CONFESSION OR ADMITTATION TO THAT ALLEGED BELONGATION AT ALL. SINCE I HAVE NEVER ADMITTED TO THAT.

2) TROUBLE TRAVELING FROM BOSNIA "MY COUNTRY" TO AFGHANISTAN TO FIGHT THE U.S. THE ANSWER IS THAT U.S. FORCES HAVE ALREADY EXISTED IN BOSNIA AND BY ANY MEAN IF THERE HAS ANY INTENTIONS TO DO FIGHTING IT IS EASILY TO BE DONE THERE IN BOSNIA

05 1244

THE TRUE REASON I LEFT BOSNIA. 2/3
INSPITE OF HAVING BOSNIAN CITIZENSHIP, 4
has wife and child
WAS DUE TO THE AGREEMENT OF THE
dariegement
DAYTON ACCORDS, WHICH WE WERE/HAVE
BEEN CONSIDERED FOREIGNERS AND WEE SHOULD
LEAVE THE COUNTRY. INSTEAD OF STAYING
WITH OUR BOSNIAN WIFES AND KIDS.
NOTICE THAT OUR CITIZENSHIPS AS WERE
GIVEN BY ELIZA IZETBEGOVIC THE PRESIDENT
OF BOSNIA HERZEGOVINA. SO I HAVE LEFT
THE COUNTRY (BOSNIA) AGREEABLY DUE TO
THE DAYTON ACCORDS. THERE WAS NOT
OTHER PLACE (COUNTRY) TO GO, ONLY AFGHANISTAN

3) THE CONSEQUENCES OF SEEING ANYBODY
IS TO CONSIDER HIM AN ENEMY
COMBATANT. IF ANY ONE HAS SEEN UBL
WHAT DOES IT MEAN? THROUGH RULES
OF ANY COUNTRY SO THAT STATEMENT
IS CONFUTED.

4) INVOLVING ANY PERSON IN FIGHTING
IN ARMY OF ANY COUNTRY, RESPONDS TO
HIS COUNTRIES LAWS NOT THROUGH
U.S. RULES OR LAWS. SINCE I HAD EGYPTIAN
NATIONALITY AND BOSNIAN CITIZENSHIP.
SO BEING WITH THE AFGHAN ARMY IS THE
SAME AS BEING INVOLVED WITH THE

ADAN-2005-TA1226

BOSNIAN ARMY TO DEFEND THEIR COUNTRIES AGAINST ANY ENEMIES. SO EVERYONE SUBMITTS (AGREES) TO THEIR COUNTRIES RULES. THE BOSNIAN FEDERATION GOVERMENT HAVE NEVER FORBIDEN THAT.

THERE WAS NO RULES PREVENTING FROM MIGRATING TO ANY COUNTRY CONSEQUANTLY TRAINING OR GUARDING WITH ARMY OF ANY COUNTRY. ACCORDING TO THE WILLS OF MEN AND FREEDOM, THAT THE RESPONDS TO THEIR COUNTRIE'S RULES.

ARMY TRAINING IS DIFFERENTLY. AND SOLDIERS TRAIN ACCORDING THE NEEDS OF THE FRONTS.

5) THERE WAS NO ANSWER OF HORRIFIC BOMBING BY U.S. SQUADRONS, 24 HOURS DAY AND NIGHTS. THAT RESULTED IN THE DEATH, killing OF REFUGEES, CHILDREN AND FAMILIES THAT WERE IN THE MOUNTAINS OF TORA BORA.

NOW I HAVE NEVER BEEN EXISTED OR TRAVELED TO THE U.S. AND THERE IS NO EVIDENCE THAT I HAVE EXISTED OF BEEN SEEN IN ANY POSITION OR BEEN INVOLVED IN

GUAN-2005-T02336

ANY ATTACKS AGAINST THE U.S.

2) THE DOCUMENTS THAT HAVE BEEN FOUND, INDICATED THAT MY EXISTANCE WAS NEGATIVE IN ANY PLACE OF WHERE THE US HAS BEEN ATTACKED.

3) I HAVE MY FELLOW COUNTRYMEN, (BOSNIA) THAT CAN PROVE MY LIFE STORY. SO UNDER THAT EXPLANATION the ~~statements~~ ARE BEING COMPUTED IN WITH THE MILITARY REPRESENTATIVE. SINCE THERE IS NO POSITIVE EVIDENCE OR DIRECT CHARGING AGAINST THE PERSON, TARIK EL SAWAH AT ALL. ONLY THE ALLEGED INSUITATION BY THE U.S. ENEMY COMBATANT TRIBUNAL. SO I ~~He~~ TARIK MAHMOUD EL SAWAH OBJECT AND COMPLAIN OF THIS ILLEGAL CONCENTRATION CAMP ENCARCARATION IN CUBA. greatly thanks

Tary
14 Mar 05

GUAN-2005-T 01336