UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-1244 (CKK) |

**ORDER**
(August 4, 2005)

While awaiting a relevant ruling from the United States Court of Appeals for the District of Columbia Circuit, this Court will stay this case, and shall apply the protective order issued by Judge Joyce Hens Green in the coordinated cases to this action. *See In re Guantanamo Bay Detainee Cases*, 344 F. Supp. 2d 174 (D.D.C. 2004). Furthermore, the Court shall require the Government to be prepared to file factual returns in this case within 30 calendar days of the resolution of the relevant cases on appeal. Accordingly, it is this 4th day of August, 2005, hereby

ORDERED that the protective order issued by Judge Green is applied to this case; it is further

ORDERED that this case is STAYED pending a resolution of the relevant issues by the Court of Appeals; it is further

ORDERED that the Government shall file factual returns with respect to Petitioners within 30 calendar days of a ruling on the relevant cases from the Court of Appeals.

                                                            /s/
                                COLLEEN KOLLAR-KOTELLY
                                United States District Judge