```
                        IN THE
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
                         * * *
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  )  Plaintiff;   )  )  v.   )  )  **TARIG M. ALSAWAM,**   )  )  Defendant.   ) | CV NO 05-01244 (CKK) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender MARY PETRAS., and Assistant Federal Public Defender KETANJI JACKSON as co-counsel. Please send copies of all notices and inquiries to this attorney at the address listed.

                                      Respectfully submitted,

                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      /S/

MARY PETRAS/KETANJI JACKSON
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served this 4TH day of November 2005, upon PREEYA M. NORONHA, Esq., Office of the United States Department of Justice Civil Division for the District of Columbia, 20 Massachusetts Avenue, N.W., Washington, D.C.  20044.

                                        /s/
                      By:_____
                         MARY PETRAS/KETANJI JACKSON