IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1048 (RMU) |
| ALI SHAH MOUSOVI, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1124 (RMC) |
| OMAR MOHAMMED KHALIFH, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1189 (JR) |

ABU ABDUL RAUF ZALITA, *et al.*,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Petitioners,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)　　Civil Action No. 05-CV-1220 (RMU)
　　　　　　　　　　　　　　　　　　　)
GEORGE W. BUSH,　　　　　　　　　　)
　　　　President of the United States,　　)
　　　　*et al.,*　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　　　　　)

LABED AHMED,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)　　Civil Action No. 05-CV-1234 (EGS)
　　　　　　　　　　　　　　　　　　　)
GEORGE W. BUSH,　　　　　　　　　　)
　　　　President of the United States,　　)
　　　　*et al.,*　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　　　　　)

ABDUL BAQI,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)　　Civil Action No. 05-CV-1235 (PLF)
　　　　　　　　　　　　　　　　　　　)
GEORGE W. BUSH,　　　　　　　　　　)
　　　　President of the United States,　　)
　　　　*et al.,*　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Respondents.　　　　　　　　)

|  |  |
|---|---|
| AMINULLAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1237 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| HAJI GHALIB, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1238 (CKK) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| ALI ADEL MOTALEB AWEID | ) |
| AL KHAIY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1239 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN BUKHARI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1241 (RMC) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| AHSANULLAH PIRZAI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1242 (RCL) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| IHSAN ULLAH PEERZAI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1243 (RCL) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1244 (CKK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDUL MAJID MOHAMMADI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1246 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDULRAHIM ABDUL RAZAK<br>   AL GINCO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1310 (RJL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

EHSAN ULLAH,                                          )
                                                     )
                                                     )
                    Petitioner,                      )
                                                     )
            v.                                        )        Civil Action No. 05-CV-1311 (RCL)
                                                     )
                                                     )
GEORGE W. BUSH,                                      )
        President of the United States,              )
        *et al.*,                                    )
                                                     )
                                                     )
                    Respondents.                     )
                                                     )
                                                     )
GHALEB NASSAR AL BIHANI,                             )
                                                     )
                                                     )
                    Petitioner,                      )
                                                     )
            v.                                        )        Civil Action No. 05-CV-1312 (RJL)
                                                     )
                                                     )
GEORGE W. BUSH,                                      )
        President of the United States,              )
        *et al.*,                                    )
                                                     )
                                                     )
                    Respondents.                     )
                                                     )
                                                     )
FARHI SAEED BIN MOHAMMED, *et al.*,                  )
                                                     )
                    Petitioners,                     )
                                                     )
            v.                                        )        Civil Action No. 05-CV-1347 (GK)
                                                     )
                                                     )
GEORGE W. BUSH,                                      )
        President of the United States,              )
        *et al.*,                                    )
                                                     )
                                                     )
                    Respondents.                     )
                                                     )

MOTAI SAIB, *et al.*,                          )
                                               )
                  Petitioners,                 )
                                               )
         v.                                    )          Civil Action No. 05-CV-1353 (RMC)
                                               )
GEORGE W. BUSH,                                )
         President of the United States,       )
         *et al.*,                             )
                                               )
                  Respondents.                 )
                                               )
_____  )
                                               )
SAEED MOHAMMED SALEH                           )
         HATIM, *et al.*,                      )
                                               )
                  Petitioners,                 )
                                               )
         v.                                    )          Civil Action No. 05-CV-1429 (RMU)
                                               )
GEORGE W. BUSH,                                )
         President of the United States,       )
         *et al.*,                             )
                                               )
                  Respondents.                 )
                                               )
_____  )
                                               )
NASSER MAZYAD ABDULLAH                         )
         AL-SUBAIY, *et al.*,                  )
                                               )
                  Petitioners,                 )
                                               )
         v.                                    )          Civil Action No. 05-CV-1453 (RMU)
                                               )
GEORGE W. BUSH,                                )
         President of the United States,       )
         *et al.*,                             )
                                               )
                  Respondents.                 )
_____  )

|  |  |  |
|---|---|---|
| JIHAD DHIAB, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1457 (GK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| JAWAD JABBER SADKHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1487 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| FAIZULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1489 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ABDUL HADI OMER HAMOUD FARAJ,   )
                                )
        Petitioner,   )
                                )
      v.                      )    Civil Action No. 05-CV-1490 (PLF)
                                )
GEORGE W. BUSH,                 )
    President of the United States,   )
    *et al.,*                    )
                                )
        Respondents.   )
                                )

SAWAT KHAN,                     )
                                )
        Petitioner,   )
                                )
      v.                      )    Civil Action No. 05-CV-1491 (JR)
                                )
GEORGE W. BUSH,                 )
    President of the United States,   )
    *et al.,*                    )
                                )
        Respondents.   )
                                )

ABDUL AHMAD,                    )
                                )
        Petitioner,   )
                                )
      v.                      )    Civil Action No. 05-CV-1492 (RCL)
                                )
GEORGE W. BUSH,                 )
    President of the United States,   )
    *et al.,*                    )
                                )
        Respondents.   )
                                )

MOHAMMED AMON,                           )
                                         )
                Petitioner,              )
                                         )
        v.                               )        Civil Action No. 05-CV-1493 (RBW)
                                         )
GEORGE W. BUSH,                          )
        President of the United States,  )
        *et al.,*                        )
                                         )
                Respondents.             )
                                         )
                                         )
JAMAL KIYEMBA, *et al.*,                 )
                                         )
                Petitioners,             )
                                         )
        v.                               )        Civil Action No. 05-CV-1509 (RMU)
                                         )
GEORGE W. BUSH,                          )
        President of the United States,  )
        *et al.,*                        )
                                         )
                Respondents.             )
                                         )
                                         )
IBRAHIM OSMAN IBRAHIM IDRIS,             )
                                         )
                Petitioner,              )
                                         )
        v.                               )        Civil Action Nos.   05-CV-1555 (JR)
                                         )                            05-CV-1725 (JR)
GEORGE W. BUSH,                          )                            (consolidated)
        President of the United States,  )
        *et al.,*                        )
                                         )
                Respondents.             )
                                         )

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated:  November 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents