UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1244 (CKK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

NOTICE

Consistent with the Court's Order dated August 4, 2005, applying the protective orders issued by Judge Joyce Hens Green in the coordinated cases to this action, undersigned counsel submits the attached Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgment.

Date: December 21, 2005

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender

/s/
_____
KETANJI JACKSON
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500