UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM, ) | |
| ) | |
|   Petitioner ) | |
| ) | |
|   v. ) | Civil Action No. 05-1244 (CKK) |
| ) | |
| GEORGE W. BUSH, ) | |
| ) | |
|   President of the United States, *et al.*, ) | |
|     Respondents. ) | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defenders Mary Petras, Ketanji Jackson, and Lara Quint as co-counsel. Please send copies of all notice and inquiries to the attorneys at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

      /s/
Lara G. Quint
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500