UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.  05-CV-1244 (CKK) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| Respondents. ) | |

ORDER

Upon consideration of Petitioner's Motion for Order Requiring Respondents to Provide 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo, it is this ___ day of _____, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Respondent shall not remove Petitioner from the Guantánamo Naval Base in Cuba to a foreign territory without providing Petitioner's counsel and the Court with 30-days' advance notice of such transfer.

_____
The Honorable Colleen Kollar-Kotelly