UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TARIQ MAHMOUD ALSAWAM,      )
  Petitioners,            )
                              )   No.  05-CV-1244 (CKK)
          v.          )
                              )
GEORGE W. BUSH, et al.,       )
  Respondents.          )

MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO
MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE 30-DAYS' ADVANCE
<u>NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO</u>

Petitioner, Tariq Mahmoud Alsawam, through undersigned counsel, respectfully moves

this Honorable Court to extend the time for filing a reply to the respondents' opposition to

petitioner's Motion for Order Requiring Respondents to Provide 30-days' Advance Notice of

Any Intended Removal of Petitioner from Guantanamo.  In support of this request, counsel

states:

1.  On July 3, 2006, petitioner, through undersigned counsel, filed Motion for Order

Requiring Respondents to Provide 30-days' Advance Notice of Any Intended Removal of

Petitioner from Guantanamo.

2.  On July 14, 2006, respondents filed Respondents' Memorandum in Opposition to

Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Any Transfer or

Release.

3.  Pursuant to Local Rule 7.1(d) and Federal Rule of Criminal Procedure 6(e),

petitioner's reply is due July 26, 2006.

4.  Counsel intends to file a reply to the government's opposition.  However, due to counsels' commitments in other matters, counsel will be unable to file a reply to the government's opposition until August 2, 2006.

WHEREFORE, counsel respectfully request leave to file a reply to the  Respondents' Memorandum in Opposition to Petitioner's Motion for Preliminary Injunction Requiring Advance Notice of Any Transfer or Release on or before August 2, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

MARY MANNING PETRAS
Assistant Federal Public Defender

/s/

_____

KETANJI BROWN JACKSON
Assistant Federal Public Defender

625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500