UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1244 (CKK) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 2, 2006, a copy of Petitioner's Reply in Support of Motion for Order Requiring Respondents to Provide 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantánamo was delivered to the Court Security Officer for clearance for public filing. The Reply will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Officer.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender

/s/
_____
KETANJI JACKSON
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500