# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLADEEN, *et al.*,  :
　　　　　　　　　　　:
　　　Plaintiffs,     :
　　　　　　　　　　　:
　　v.                :   Civil Action No. 05-0833 (JR)
　　　　　　　　　　　:
GEORGE W. BUSH, *et al.*,  :
　　　　　　　　　　　:
　　　Defendants.     :

### ORDER

　　　Having determined that petitioner Alladeen is no longer an enemy combatant, the government intends to release him from custody at Guantanamo Bay and has made arrangements for his repatriation to his home country of Egypt. Alladeen has submitted himself to the jurisdiction of this Court, and the Court has asserted <u>in personam</u> jurisdiction, <u>see</u> <u>Rasul v. Bush</u>, 124 S.Ct. 2686 (2004). He fears that transferring him to Egypt would subject him to the possibility of torture or indefinite detention and could severely obstruct the resolution of his petition for habeas corpus. Alladeen has shown that there is an immediate threat of irreparable injury and that injunctive relief is necessary to preserve the status quo. It is accordingly

**ORDERED** that petitioner's application for a temporary restraining order [15-1] is **granted**, and that respondents are **enjoined and restrained from removing Alladeen from Guantanamo Bay** until the Court has heard and decided his pending motion for preliminary

injunction.  The Clerk is directed to set the motion for preliminary injunction for hearing within the next ten days. Petitioners' motion for factual returns will be heard at the same time.  It is **SO ORDERED**.

                                        JAMES ROBERTSON
                                   United States District Judge