IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Magram v. Bush | ) | Case No. 05-CV-0584 (CKK) |
| Imran v. Bush | ) | Case No. 05-CV-0764 (CKK) |
| Rahmattullah v. Bush | ) | Case No. 05-CV-0878 (CKK) |
| Shaaban v. Bush | ) | Case No. 05-CV-0892 (CKK) |
| Alsawam v. Bush | ) | Case No. 05-CV-1244 (CKK) |
| Ghanem v. Bush | ) | Case No. 05-CV-1638 (CKK) |
| Sameur v. Bush | ) | Case No. 05-CV-1806 (CKK) |
| Al-Harbi v. Bush | ) | Case No. 05-CV-1857 (CKK) |
| Al-Baidany v. Bush | ) | Case No. 05-CV-2380 (CKK) |
| Azeemullah v. Bush | ) | Case No. 06-CV-1686 (CKK) |
| Lal v. Bush | ) | Case No. 06-CV-1763 (CKK) |

_____

**ORDER**

Upon respondents' Motion for Clarification or in the Alternative for Stay, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that respondents have no obligation to file a factual return in the above-

captioned matters.

Dated: _____                    _____
                                              UNITED STATES DISTRICT JUDGE