UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TARIQ MAHMOUD ALSAWAM,** | ) |
| | ) |
|     **Petitioner** | ) |
| | ) |
|     v. | ) Civil Action No. 05-1244 (CKK) |
| | ) |
| | ) |
| **GEORGE W. BUSH,** | ) |
|     **President of the United States,** *et al.*, | ) |
|     **Respondents.** | ) |

## ORDER

Upon consideration of petitioner's Motion for a Stay-and-Abey Order and finding good cause shown, it is this __ day of _____, 2007, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that this matter is stayed until further order of the Court.


                                                   COLLEEN KOLLAR-KOTELLY

                                                   United States District Judge