UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| | ) | |
| PETITIONERS SEEKING HABEAS | ) | Misc. No. 08-442 (TFH) |
| CORPUS RELIEF IN RELATION TO | ) | Civil Action No. 05-1244 (CKK) |
| PRIOR DETENTIONS AT | ) | |
| GUANTANAMO BAY | ) | |

## STATUS REPORT

Pursuant to the Court's July 11, 2008 Order, Petitioner Tariq Mahmoud Alsawam respectfully submits the following regarding the status of his case.

1. Petitioner was detained by the United States military in December 2001, and continues to be held at the United States Naval Station in Guantanamo Bay, Cuba.

2. On March 3, 2007, the Court stayed this case. The stay has not yet been formally lifted and counsel asks the Court to do so.

3. As a result of the stay, the government has filed no factual return in this matter. However, the government has filed the Combatant Status Review Tribunal (CSRT) record in response to a petition filed pursuant to the Detainee Treatment Act (DTA) before the D.C. Circuit. Upon information and belief, of the petitions filed by individuals currently detained at Guantanamo, the petition in this matter was one of the first fifty filed, and therefore, the Court's July 11, 2008 Order requires the government to file a return not later than August 29, 2008. If it is determined that this case is not among the first group of fifty, given that the government collected the record for the DTA proceeding related to Petitioner, the government should not

need an extended period of time to file a return in this matter, and counsel requests that the Court order the government to file the return with the first set of returns, that is by August 29, 2008.

4. Counsel has received no notice that Petitioner has been cleared for release or transfer. Petitioner has not been charged before a military commission, and counsel expects that Petitioner will not be so charged.

5. On October 4, 2006, the Court ordered the government to provide the Court with notice 30 days in advance of any release, repatriation or rendition. That requirement remains in place and Petitioner continues to request advance notice of any transfer.

6. No motions are pending and counsel does not expect to file any motions. Rather, counsel expects to file a response to the government's factual return within two weeks after it is filed, and asks the Court to schedule a hearing in this matter not later than 30 days after the factual return is filed.

Respectfully submitted,

Counsel for Petitioner:


_____/s/_____
Mary Manning Petras


_____/s/_____
Lara Quint

Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500