UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


TARIQ ALSAWAM,                          )
                    Petitioner,         )
                                        )
        v.                              )         Civil Action No. 05-1244 (CKK)
                                        )
BARACK OBAMA,                           )
President of the United States, *et al.,*    )
                    Respondents.         )


## PETITIONER'S UNOPPOSED REQUEST TO CHANGE TIME OF HEARING

On February 17, 2009, the Court issued a minute order scheduling a hearing in this matter for March 12, 2009, at 10 a.m.  Prior to receiving the minute order, counsel scheduled a legal visit with petitioner in Guantanamo Bay for March 9, 2009 to March 12, 2009.  Counsel will not return to the District of Columbia until approximately 9:30 a.m. on March 12, 2009.  Therefore, counsel respectfully requests that the Court move the hearing to the afternoon of March 12, 2009.  Counsel spoke with government counsel, who indicated that the respondents have no opposition to this request.


                              Respectfully submitted,

                              A. J. KRAMER
                              FEDERAL PUBLIC DEFENDER


                                    /s/
                              _____
                              MARY MANNING PETRAS
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W.
                              Suite 550
                              Washington, D.C.  20004
                              (202) 208-7500