**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
**WASHINGTON, DC**

|  |  |  |
|---|---|---|
| | ) | |
| **IN THE MATTER OF** | ) | **Case No. 1:05-cv-1244** |
| | ) | **Petition for Habeas Corpus** |
| **TARIQ MAHMOUD ALSAWAM, Petitioner** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GEORGE W. BUSH, et al., Respondent** | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Ketanji Brown Jackson, Esq., respectfully requests withdrawal as counsel from the above-entitled action.  Ms. Jackson is no longer an employee of the Federal Public Defender's Office, 625 Indiana Ave., N.W., 5th Floor, Washington D.C. 2004, and Mr. Alsawam's representation in this habeas proceeding has at all times been undertaken by that office.

At no time since leaving the Federal Defender's office has Ms. Jackson counseled or advised Mr. Alsawam nor has she continued to represent him in any respect.  Consequently, Ms. Jackson's withdrawal as counsel is warranted.

WHEREFORE, it is respectfully requested that Ketanji Brown Jackson be withdrawn as counsel in this case.

Date:   <u>April 15, 2009</u>                    Signed   <u>/s/ Ketanji Brown Jackson</u>
                                                        Ketanji Brown Jackson
                                                        Morrison & Foerster LLP
                                                        2000 Pennsylvania Avenue, NW
                                                        Washington, DC  20006
                                                        (202) 887-1500

**Certificate of Service**

**Filed on April 15, 2009, by Messenger in:**

The United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

dc-555072