UNCLASSIFIED//FOR PUBLIC RELEASE

~~SECRET~~

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM,<br><br>*Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, President of the United States, *et al.*,<br><br>*Respondents.* | FILED WITH THE COURT SECURITY OFFICER<br>CSO: _____<br>DATE: 1/19/2011<br><br>Civil Action No. 05-01244 (CKK) |

**ORDER**
(January 18, 2011)

For the reasons stated in the accompanying Memorandum Opinion,[1] it is, this 18th day of January, 2011, hereby

**ORDERED** that Petitioner's [218] Motion for Disclosure is DENIED in its entirety; it is further

**ORDERED** that the Government's [221] Motion to Confirm is GRANTED-IN-PART and DENIED-IN-PART, as follows:

(a) The motion is GRANTED as it relates to the Category 1 Information;

(b) The motion is GRANTED as it relates to the Category 2 Information;

(c) The motion is GRANTED as it relates to the Category 3 Information, with the exception of the Category 3 Excluded Statements;

(d) The motion is DENIED WITHOUT PREJUDICE as it relates to the Category 3 Excluded Statements; and

---

[1] The Court incorporates herein the defined terms in the accompanying Memorandum Opinion.



~~SECRET~~

UNCLASSIFIED//FOR PUBLIC RELEASE

(e) The motion is otherwise DENIED as moot; it is further

**ORDERED** that the Category 1 Information, the Category 2 Information, and the Category 3 Information (with the exception of the Category 3 Excluded Statements), are deemed to be "protected information," as that term is used in the [57] Protective Order in this action; it is further

**ORDERED** that the parties shall promptly meet and confer *in person* regarding the proper designation of the Category 3 Excluded Statements; and it is further

**ORDERED** that, on or before February 21, 2011, the Government shall either (a) file a notice with the Court indicating that an agreement has been reached between the parties as to the proper designation of the Category 3 Excluded Statements, or (b) file a second, and *final*, motion to confirm the protected status of such information addressing the concerns identified in the accompanying Memorandum Opinion.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

