IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARIQ MAHMOUD ALSAWAM, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-1244 (CKK) ) |
| BARACK OBAMA, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## NOTICE OF FILING UNDER SEAL

Notice is hereby given that on this date Respondents filed a sealed report in response to the Court's Minute Order of September 28, 2013.

Dated: October 2, 2013         Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

  /s/ Jonathan S. Needle

ANDREW I. WARDEN
TIMOTHY B. WALTHALL
JONATHAN S. NEEDLE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel.: (202) 305-0037
jonathan.needle@usdoj.gov

*Attorneys for Respondents*