UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TARIQ MAHMOUD ALSAWAM,** | : | |
| Petitioner, | : | |
| v. | : | 05-cv-1244 (CKK) |
| **BARACK OBAMA, et al.,** | : | |
| Respondents. | : | |

**OPPOSITION TO RESPONDENTS' MOTION FOR
A STAY OF BRIEFING DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

Mr. Tarek El Sawah, the Petitioner, through undersigned counsel, respectfully opposes the government's motion to stay the briefing schedule. In support of this opposition, counsel states:

1. Pending before the Court is Mr. El Sawah's Emergency Motion for Medical Care.

2. On September 10, 2013, the Court issued an Order directing the government to file a sur-reply in response to the representations made in Mr. El Sawah's reply. The Court ordered that the sur-reply be filed by October 1, 2013. The government sought and obtained an extension to file on or before October 15, 2013, and now seeks to stay the order entirely based on the lapse in the appropriates to the Department of Justice.

3. As the government's motion notes, Department of Justice attorneys are permitted to work on matters involving "the safety of human life." Here, the safety of Mr. El Sawah's life is directly at issue for the reasons set forth in his motion. Notably, to counsel's knowledge, Mr. El Sawah has not yet received a CPAP machine or necessary medical treatment. For the

reasons set forth in his motion and reply to the government's opposition, every day that Mr. El Sawah does not receive treatment, he is at a greater risk of death.   Therefore, this is a matter that involves the safety of human life and the Department of Justice attorneys should be required to respond as previously directed by the Court by no later than October 15, 2013.   In fact, the government does not claim that this matter does not involve the safety of human life or that government counsel has been directed not to work on this matter.

      WHEREFORE, for the foregoing reasons, Mr. El Sawah respectfully opposes the government's request for a stay.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
MARY MANNING PETRAS
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500