**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**TARIQ MAHMOUD ALSAWAM**,

       Petitioner,

    v.                                                                              Civil Action No. 05-1244 (CKK)

**BARACK OBAMA, et al.**

       Respondent.

**ORDER**
(October 8, 2013)

Currently before the Court is Respondents' [322] Motion for a Stay of Briefing in Light of Lapse of Appropriations.  Respondents have requested a stay due to the lapse of appropriations to the Department of Justice, stating that absent an appropriation, Department of Justice attorneys and employees are generally prohibited from working, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  Petitioner has filed an [323] Opposition to Respondents' Motion for a Stay of Briefing Deadline in Light of Lapse of Appropriations.

The Court concludes that a stay would be inappropriate here.  As Respondents concede, Department of Justice attorneys are permitted to work on matters involving "the safety of human life."  Here, the briefing at issue involves Petitioner's health and his ability to engage with his counsel.  Indeed, Petitioner's counsel contends that Petitioner is in very grave health and that his ability to function deteriorates with each passing day.  Accordingly, a stay at this point would delay the necessary speedy disposition of this motion.  It is essential that the Department of Justice attorneys continue to litigate this case.

Accordingly, for the reasons set forth above, it is, this 8th day of October, 2013, hereby

**ORDERED** that Respondents' [322] Motion for a Stay of Briefing in Light of Lapse of Appropriations is **DENIED.**  Respondents' Sur-Reply to Petitioner's [307] Emergency Motion for Medical Care and Memorandum of Points and Authorities in Support Thereof remains due by no later than 5:00 PM on October 15, 2013.

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE