## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**TARIQ MAHMOUD ALSAWAM,**   )
   )
      **Petitioner,**   )
   )
     **v.**   )      **Civil Action No. 05-CV-1244 (CKK)**
   )
**BARACK OBAMA, et al.,**   )
   )
      **Respondents.**   )
_____)

### JOINT STATUS REPORT

Undersigned counsel for the Petitioner and Respondents respectfully submit this Joint Status Report pursuant to the Court's Minute Order of May 29, 2015, instructing the parties to propose a schedule for further proceedings.

As stated in the previous Joint Status Report (ECF No. 343), on February 12, 2015, the Periodic Review Board (PRB) recommended Petitioner's transfer to a country with appropriate support, including adequate medical care, subject to appropriate security assurances.  Efforts are underway, including ongoing discussions with senior officials from another government, to effectuate Petitioner's transfer pursuant to the PRB's recommendation.

For these reasons, the parties propose that the Court set a deadline of December 18, 2015, for the filing of a joint status report proposing a schedule for further proceedings.

Respectfully submitted,

Counsel for Petitioner:

A.J. KRAMER
Federal Public Defender


       /s/

_____
MARY MANNING PETRAS


       /s/

_____
TONY AXAM
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.   20004

(202) 208-7500

Counsel for Respondents:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

 */s/ Jonathan S. Needle*
ANDREW I. WARDEN
TIMOTHY B. WALTHALL
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC   20530
Tel.: (202) 305-0037

jonathan.needle@usdoj.gov